## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 61 MAL 2015
:
              Respondent      :
                               : Petition for Allowance of Appeal from the
                               : Order of the Superior Court
          v.               :
:
:
:
ERIC COXRY,                :
:
              Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.